UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:10CV245-GCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| $3,615.00 IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the government's motion for a judgment based on the settlement of the parties, as reflected in the Consent to Judgment submitted with the motion.

IT IS THEREFORE ORDERED:

1. The sum of $1,807.50 of the above-captioned defendant property shall be forfeited to the United States, to be disposed of according to law, and the remaining $1,807.50 shall be returned to claimant through his attorney.

2. Each party is to bear its own costs of this action, including attorneys fees.

Signed: October 17, 2012

Graham C. Mullen
United States District Judge